# ALABAMA COURT OF CRIMINAL APPEALS



January 9, 2026

**CR-2025-0669**

Michael Shane Fletcher v. State of Alabama (Appeal from Mobile Circuit Court: CC-19-4306.60)

## NOTICE

You are hereby notified that on January 9, 2026, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk